

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-24-00098-CR

## IN RE NOEMI CONSTANCIO

---

## Original Proceeding

## From the 54th District Court
## McLennan County, Texas
## Trial Court No. 2020-13-C2

---

## MEMORANDUM OPINION

---

Relator's Petition for Writ of Mandamus/Emergency Hearing Requested, filed on

April 2, 2024, is denied.[1]


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Smith, and
        Justice Wright[2]
Petition denied

---

[1] *See Polvon v. State*, 682 S.W.3d 651 (Tex. App.—Eastland 2024, pet. filed).

[2] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.

Opinion delivered and filed May 2, 2024
Do not publish
[OT06]

